THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Chad Black, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-368
 Submitted July 1,2008  Filed July 11,
2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:   Chad Black appeals from his guilty plea of committing the crime of Peeping Tom.  The plea
 judge sentenced him to a suspended sentence of three years imprisonment.  Blacks
 counsel attached a petition to be relieved, stating he reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Blacks
 appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.